BELLA DAVIS, Respondent, v MICHAEL MELNICKE, Appellant.

Submitted May 15, 2006; decided June 8, 2006

Appeal, insofar as taken from that portion of the Appellate Division order that affirmed the appointment of an arbitrator, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not directly involve a substantial constitutional question; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the remaining portion of the Appellate Division order does not finally determine an action or proceeding within the meaning of the Constitution.

In the Matter of FREDERICK FRANKLIN, Respondent, v TARA CHRISTIE MINER, as Records Access Officer, New York County District Attorney's Office, Appellant. ASSOCIATION OF SURROGATE'S AND SUPREME COURT REPORTERS WITHIN THE CITY OF NEW YORK, Intervenor-Respondent.

Submitted January 30, 2006; decided June 8, 2006

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298 [1929, Cardozo, Ch.J.]).

In the Matter of FREDERICK FRANKLIN, Respondent, v TARA CHRISTIE MINER, as Records Access Officer, New York County District Attorney's Office, Respondent. ASSOCIATION OF SURROGATE'S AND SUPREME COURT REPORTERS WITHIN THE CITY OF NEW YORK, Intervenor-Appellant.

Submitted March 6, 2006; decided June 8, 2006

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298 [1929, Cardozo, Ch.J.]).